**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**June 2, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

DEJUAN DION BRUNER,

    Defendant - Appellant.

No. 23-6122
(D.C. No. 5:22-CR-00518-SLP-1)
(W.D. Okla.)

_____

**ORDER AND JUDGMENT**[*]

_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.[**]

_____

This matter is before us on the United States' _Motion to Lift Abatement_ and _Unopposed Motion for Summary Affirmance_.

The United States moves for summary affirmance based on this court's recent published decision in _United States v. Jackson_, No. 23-6047, ___ F.4th ___, 2025 WL 1509987 (10th Cir. May 28, 2025). In _Jackson_, this court rejected Mr. Jackson's facial challenge that 18 U.S.C. § 922(g)(9) violates the Second Amendment. Thus, the United States argues that _Jackson_ forecloses Appellant Dejuan Dion Bruner's

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

[**] Because this matter is being decided on an unopposed motion for summary affirmance, the panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. _See_ Fed. R. App. P. 34(f); 10th Cir. R. 34.1(G). The case is therefore submitted without oral argument.

facial challenge to § 922(g)(9), the sole argument made by Mr. Bruner in this appeal. Mr. Bruner does not object to the motion for summary affirmance.

Upon consideration, we lift the abatement of proceedings in this appeal which were abated pending a decision in *Jackson*, and we grant the United States' unopposed motion for summary affirmance.

The judgment of the district court is affirmed.

Entered for the Court

Per Curiam